**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| KRISTIN PARDINY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-00736-PTG-LRV |
| | ) | |
| ARLINGTON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on July 8th, 2026 and in accordance with

Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant,

Arlington County and against the Plaintiff, Kristin Pardiny.

LAURA G. GRIFFIN, CLERK OF COURT

By:_____/s/_____
                   Paulina A. Miller
                   Deputy Clerk

Dated: July 8, 2026
Alexandria, Virginia